IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SOUTHTRUST BANK, | ) |
| Plaintiff, | ) ENTERED |
| | ) NOV 02 2004 |
| vs. | ) |
| EXPORT-IMPORT BANK OF THE UNITED STATES, | ) Civil Action Number<br>) 02-C-2248-S |
| Defendant/Counterclaimant, | ) |
| UNITED STATES OF AMERICA, | ) |
| Counterclaimant. | ) |

**MEMORANDUM OPINION AND ORDER
ON PLAINTIFF'S MOTION TO EXCLUDE**

Plaintiff SouthTrust Bank has moved for appropriate relief after one of the Defendant Export-Import Bank's ("ExIm") expert witnesses, Ralph Summerford ("Summerford"), sought by means of an errata sheet to change key substantive portions of his deposition. (Doc. 45.)

Discovery has been completed and this case is set for trial in two months.

ExIm's Opposition to SouthTrust Bank's Motion To Exclude does not deny that the errata sheet "corrections" alter the substance of Summerford's sworn responses to pivotal questions by SouthTrust.[1] (Doc. 47.) Instead, ExIm maintains that Summerford is entitled to make changes in the substance of his testimony under Rule 30(e) of the Federal Rules of Civil

---

[1] For example, in his deposition, Summerford swore unequivocally that certain alleged instances of non-compliance with the Loan Agreement may have caused the default. However, in the errata sheet, he denies that they may have done so.

Procedure. Further, ExIm states that the errata sheet changes are necessary to more completely answer a question, or that a question was misunderstood by Summerford.

The Court finds unconvincing these articulated reasons for the errata sheet changes. A deposition is not a virtual "take home" examination, alterable by the use of an errata sheet. *See Ross v. Welch*, 856 F. Supp. 1449, 1502 ( D.C. Kan. 1994); 8A Charles Alan Wright, Arthur R. Miller & Richard L. Marcus, *Federal Practice and Procedure* § 2118 (2d ed. 1994). The Court concludes that the errata sheet changes are equivalent to a "sham" affidavit, and as such, are due to be stricken. *See Burns v. Bd of County Comm'rs,* 330 F.3d 1275, 1282 (10th Cir. 2003); *Thorn v. Sundstrand Aerospace Corp.,* 207 F.3d 383, 389 (7th Cir. 2000).

Accordingly, ExIm's errata sheet to the deposition of Ralph Summerford is hereby STRICKEN.

Done this ___2d___ day of November, 2004.

_____
Chief United States District Judge
U. W. Clemon